THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE TREES CAFÉ; ORETTA FAYE BUTTNER TRUSTEE of the ORETTA FAYE BUTTNER REVOCABLE TRUST; ADRIAN CHAPARRO, an individual dba APPLE TREES,<br><br>    Defendants. | **CASE NO. C 07-3328 MEJ**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 28, 2007                    THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*


                                        By:  _____/s/_____
                                              Jennifer L. Steneberg
                                        Attorneys for Plaintiffs DAREN HEATHERLY
                                        and DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES