1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5  Attorneys for Plaintiffs
   DAREN HEATHERLY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 DAREN HEATHERLY, an individual; and   )  CASE NO. C 07-3327 MEJ
   DISABILITY RIGHTS, ENFORCEMENT,       )
13 EDUCATION, SERVICES:HELPING YOU)         **RETURN OF SERVICE RE DEFENDANTS**
   HELP OTHERS, a California public benefit ) ORETTA FAYE BUTTNER TRUSTEE of the
14 corporation,                           )  ORETTA FAYE BUTTNER REVOCABLE
                                          )  TRUST; ADRIAN CHAPARRO, an individual
15         Plaintiffs,                    )  dba APPLE TREES
                                          )
16   v.                                   )
                                          )
17 APPLE TREES CAFÉ; ORETTA FAYE         )
   BUTTNER TRUSTEE of the ORETTA          )
18 FAYE BUTTNER REVOCABLE TRUST;         )
   ADRIAN CHAPARRO, an individual dba     )
19 APPLE TREES,                           )
                                          )
20         Defendants.                    )
                                          )
21

22

23

24

25 RETURN OF SERVICE RE DEFENDANTS ORETTA FAYE BUTTNER TRUSTEE of the ORETTA FAYE BUTTNER REVOCABLE
   TRUST; ADRIAN CHAPARRO an individual dba APPLE TREES
26
27

28

                                                                                    1

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: DAREN HEATHERLY, et al. |
|---|
| Defendant: APPLE TREES CAFE, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3327 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Electronic Filing Or Other Case Activity; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Iii; Case Management Standing Order; Joint Case Management Statement And [Proposed] Case Management Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Ecf Registration Information Handout

3. a. Party served:                          ORETTA FAYE BUTTNER

4. Address where the party was served:       2404 BAGETT DRIVE
                                             SANTA ROSA, CA 95407

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 20, 2007 (2) at: 12:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL                                    d. The Fee for Service was:

   First Legal Support Services                       e. I am: (3) registered California process server
   ATTORNEY SERVICES                                      (i)  Independent Contractor
   301 CIVIC CENTER DR. WEST                              (ii) Registration No.:    P-371
   Santa Ana, CA 92701                                    (iii) County:             Sonoma
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Aug. 27, 2007

Judicial Council Form POS-010                PROOF OF SERVICE              (ALENE RUMMEL)
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                                  0368276.thofr-fg.83425

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: DAREN HEATHERLY, et al. | | |
| Defendant: APPLE TREES CAFE, et al. | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3327 MEJ |

1. I, ALENE RUMMEL, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ORETTA FAYE BUTTNER as follows:

2. Documents:    Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Electronic Filing Or Other Case Activity; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Iii; Case Management Standing Order; Joint Case Management Statement And [Proposed] Case Management Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Assignment Or Request For Reassignment; Contents Of Joint Case Management Statement; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 08/18/07 | 11:00am | Home | I COULD NOT FIND THIS ADDRESS. I CALLED 411 AND OBTAINED THE SUBJECT PHONE NUMBER. PER THE SUBJECT, SHE HAS NOT LIVED ON "EL PORTAL DRIVE" IN SOME TIME. SHE THEN PROVIDED HER CURRENT ADDRESS. Attempt made by: ALENE RUMMEL. Attempt at: 457 EL PORTAL DRIVE SANTA ROSA CA 95407. |
| Mon | 08/20/07 | 12:00pm | Home | Personal Service on: ORETTA FAYE BUTTNER Home - 2404 BAGETT DRIVE SANTA ROSA, CA. 95407 by Serving: party in item 3.a.. Served by: ALENE RUMMEL |

3. Person Executing
   a. ALENE RUMMEL
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033 5(a)(4)(B)
   d. The Fee for service was.
   e. I am. (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No:    P-371
      (iii) County:    Sonoma

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Mon, Aug. 27, 2007        AFFIDAVIT OF REASONABLE DILIGENCE        (ALENE RUMMEL)

| Attorney or Party without Attorney | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No 415-674-9900 | |
| Ref No. or File No | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: DAREN HEATHERLY, et al.
Defendant: APPLE TREES CAFE, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3327 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Notice Of Electronic Filing Or Other Case Activity; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act In; Case Management Standing Order; Joint Case Management Statement And [Proposed] Case Management Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Consent To Assignment Or Request For Reassignment, Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a  Party served:    ADRIAN CHAPARRO

4. Address where the party was served:   APPLE TREES CAFE
   124 S MAIN STREET
   SEBASTOPOL, CA 95472

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug 20, 2007 (2) at: 1:21PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL                                        d. The Fee for Service was
   
   First Legal Support Services                           e. I am: (3) registered California process server
   ATTORNEY SERVICES                                          (i)   Independent Contractor
   301 CIVIC CENTER DR. WEST                                  (ii)  Registration No..   P-371
   Santa Ana, CA 92701                                        (iii) County:             Sonoma
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date:Mon, Aug. 27, 2007

*(signed)* Alene Rummel
(ALENE RUMMEL)

Judicial Council Form POS-010          PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                           6368277.thofr-fg.83424

# CERTIFICATE OR PROOF OF SERVICE

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Adrian Chaparro
Appletrees Café
124 S. Main Street
Sebastopol, CA 95472

Oretta Faye Buttner
2404 Bagett Drive
Santa Rosa, CA 95407

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 31, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
Armetrice Cooper
(Original signed)