THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE TREES CAFÉ; ORETTA FAYE BUTTNER TRUSTEE of the ORETTA FAYE BUTTNER REVOCABLE TRUST; ADRIAN CHAPARRO, an individual dba APPLE TREES,<br><br>    Defendants. | **CASE NO. C 07-3327 MEJ**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(Fed. R. Civ. P. 41(a))** |

TO THE COURT AND ALL PARTIES OF INTEREST:

Plaintiffs Daren Heatherly and Disability Rights Enforcement, Education Services, by and through their counsel, hereby voluntarily dismiss this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL                                                                         1

1  terms of the Settlement Agreement and General Release herein, each party is to
2  bear its own costs and attorneys' fees.
3
4  Dated: October 17, 2007           THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*
5
6
7                                    By:      /s/
                                         Thomas E. Frankovich
                                     Attorneys for Plaintiffs CRAIG YATES and
8                                    DISABILITY RIGHTS ENFORCEMENT,
                                     EDUCATION SERVICES
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL                                                    2